**Henry D. Laughlin, Appellee, v. Angus L. C. Ledgerwood, Appellant.**

### Gen. No. 14,075.

This was an action of assumpsit to recover borrowed money. There were no questions of law determined by the court in the opinion and the judgment was affirmed on the facts.

Assumpsit. Appeal from the Superior Court of Cook county; the Hon. ALBERT C. BARNES, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1907. Affirmed. Opinion filed October 20, 1908.

JOHN P. AHRENS and E. F. ABBOTT, for appellant.

EDDY, HALEY & WETTEN, for appellee; EMIL C. WETTEN, of counsel.

MR. PRESIDING JUSTICE SMITH delivered the opinion of the court.